**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Statesville Division**

Case No. 17−50766
Chapter 13

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
Betty Jane Richmond
6706 Lineberger Rd.
Denver, NC 28037
Social Security No.: xxx−xx−5826

# NOTICE OF DEFECTIVE ENTRY OR FILING

**NOTICE IS HEREBY GIVEN** that the Motion for Relief from Stay filed in the above referenced case on 04/03/2018 as document # 24 is defective for the reason(s) marked below:

Notice of Opportunity indicates hearing date prior to response date.

PLEASE TAKE NOTICE that this should be corrected immediately to allow for timely processing of the case/proceeding.

Dated: April 23, 2018                                                                           Steven T. Salata
                                                                                                 Clerk of Court

Electronically filed and signed (4/23/18)